UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAYSON R.,                                          :
        Plaintiff,                          :
                                            :
        v.                                  :    C.A. No. 25-00298-PAS
                                            :
FRANK BISIGNANO, Commissioner of                   :
the Social Security Administration,                :
        Defendant.                          :

**ORDER**

PATRICIA A. SULLIVAN, United States Magistrate Judge.

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the government's request to remand this action for further consideration, it is ordered that, upon remand, the administrative law judge will be instructed to obtain evidence from a medical expert; address the evidence submitted on appeal; offer Plaintiff the opportunity for a new hearing; take further action to complete the administrative record and issue a new decision.. Therefore, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the cause to the Commissioner for further proceedings. The Clerk of the Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

/s/ Patricia A. Sullivan
PATRICIA A. SULLIVAN
United States Magistrate Judge
March 23, 2026